No. 80–1516. LoBue v. Nevada ex rel. Department of Highways. Sup. Ct. Nev. Certiorari denied.

No. 80–1519. Barber, Commissioner, Department of Agriculture and Markets of New York, et al. v. International Society for Krishna Consciousness, Inc., et al. C. A. 2d Cir. Certiorari denied.

No. 80–1520. Sangster v. United Air Lines, Inc., et al. C. A. 9th Cir. Certiorari denied.

No. 80–1522. Duemig v. Colorado. Sup. Ct. Colo. Certiorari denied.

No. 80–1526. D'Arc v. D'Arc. Super. Ct. N. J., App. Div. Certiorari denied.

No. 80–1530. Boise Baseball Club, Inc. v. Kuhn et al. C. A. 9th Cir. Certiorari denied.

No. 80–1532. Entrekin v. United States. C. A. 5th Cir. Certiorari denied.

No. 80–1533. Barham v. Welch et al. C. A. 8th Cir. Certiorari denied.

No. 80–1535. Morgan et al. v. Global Communications, Inc. C. A. 2d Cir. Certiorari denied.

No. 80–1537. Pittston Stevedoring Corp. v. Doca et al. C. A. 2d Cir. Certiorari denied.

No. 80–1546. Acquisto v. Lee County Board of Public Instruction et al. C. A. 5th Cir. Certiorari denied.